**VAN–045** Order Appointing Successor Trustee – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Raleigh Division**

IN RE:
Miguel Angel Bermudez
1325 Beacon Village Drive
Raleigh, NC 27604

CASE NO.: 24–04183–5–DMW

DATE FILED: December 2, 2024

CHAPTER: 7

Yaline Hernandez Cruz
1325 Beacon Village Drive
Raleigh, NC 27604

### ORDER APPOINTING SUCCESSOR TRUSTEE

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

The following interim trustee is appointed in lieu of the previously appointed trustee and the trustee's standing bond is fixed under the blanket bond previously approved.

George F. Sanderson Trustee
The Sanderson Law Firm, PLLC
P.O. Box 6130
Raleigh, NC 27628

DATED: December 16, 2024

David M. Warren
United States Bankruptcy Judge